| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| BERNS WEISS LLP<br>585 STEWART AVENUE<br>SUITE L-20<br>GARDEN CITY, NY 11530<br>Telephone No: 516-222-2900 | |
| Ref. No. or File No.: | |
| Attorney for: | |
| Insert name of Court, and Judicial District and Branch Court: | |
| United States District Court For The District Of New York | |
| Plaintiff: JANET BURTON, ETC. | |
| Defendant: IYOGI, INC., ETC. | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>13CV6926 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT AND JURY DEMAND; CIVIL COVER SHEET.

3. a. Party served:     IYOGI, INC., A NEW YORK CORPORATION
   b. Person served:     LIFA PEREIRA, MANAGING AGENT AUTHORIZED TO ACCEPT SERVICE, SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served:     181 HUDSON STREET
   UNIT 1C
   NEW YORK, NY 10013

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Oct. 01, 2013 (2) at: 12:08PM

7. **Person Who Served Papers:**
   a. ERIC GOLDKLANK

   First Legal
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone (714) 541-1110
   Fax (714) 541-8182
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*

   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Oct. 07, 2013

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS IN A CIVIL

   (ERIC GOLDKLANK)
   5671534  .bewe-ny.562658