IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
JANET BURTON, individually and on : Case No.: 13-cv-06926(DAB)
behalf of all others similarly situated, :
:
: **ORDER ON *CORRECTED***
*Plaintiff*, : **MOTION FOR ADMISSION**
: ***PRO HAC VICE***
*v.* :
:
iYOGI, INC., a New York corporation, :
:
*Defendant*. :
:
---------------------------------------------------------------x

      The motion of Benjamin H. Richman for admission to practice *Pro Hac Vice* in the above captioned action is granted. Benjamin H. Richman has declared that he is a member in good standing of the bar of the State of Illinois, and that his contact information is as follows:

Benjamin H. Richman
Edelson LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378
brichman@edelson.com

      Benjamin H. Richman having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Janet Burton in the above entitled action;

      IT IS HEREBY ORDERED that Benjamin H. Richman is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Entered: _____                    _____
                                                                  HONORABLE DEBORAH A. BATTS
                                                                  UNITED STATES DISTRICT JUDGE