USDC SDNY  Batto, D.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
JANET BURTON, individually and on behalf :
of all other similarly situated,         :    Case No.: 13-CV-6926 (DAB)
                                         :
          Plaintiff,                     :
                                         :
     v.                                  :    STIPULATION AND
                                         :    [PROPOSED] ORDER
iYOGI, Inc., a New York corporation,     :    EXTENDING DEFENDANT'S
                                         :    TIME TO RESPOND TO
          Defendant.                     :    COMPLAINT
---------------------------------- x

WHEREAS, on September 30, 2013, Plaintiff Janet Burton ("Plaintiff") filed a putative class action complaint ("Complaint") against Defendant iYogi, Inc. ("Defendant") in the United States District Court for the Southern District of New York (Dkt. 1);

WHEREAS, assuming proper service was affected on October 1, 2013 (Dkt. 4);

WHEREAS, pursuant to the Federal Rules of Civil Procedure, Defendant's deadline to answer or otherwise respond to the Complaint would be October 22, 2013;

WHEREAS, this is Defendant's first request for an extension of time to answer or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties as follows:

A.   Defendant's deadline to answer, move or otherwise respond to the Complaint shall be extended from October 22, 2013 to November 25, 2013.

Dated: October 21, 2013

By: _____          By: _____

Lee A. Weiss                                              Scott D. Tenley
BERNS WEISS LLP                                  WILSON SONSINI GOODRICH &
585 Stewart Avenue, Suite L-20            ROSATI,
Garden City, NY 11530                           Professional Corporation
(516) 501-9640                                          1301 Avenue of the Americas, 40th Fl.
                                                                    New York, NY 10019
Rafey S. Balabanian*                               (212) 999-5800
Benjamin H. Richman*
Chandler R. Givens*                                *Attorneys for Defendant*
David I. Mindell*
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654
(312) 589-6370

*Admission for Pro Hac Vice pending

*Attorneys for Plaintiff*

SO ORDERED:

_____
Hon. Deborah A. Batts
United States District Judge, S.D.N.Y.
10/22/13