UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANET BURTON, individually and on behalf of all other similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>IYOGI, INC.,<br><br>               Defendant. | No. 13-CV-06926 (DAB)<br><br>**ECF Case** |

### DECLARATION OF PAUL BARTHOLOMEW GREEN IN SUPPORT OF IYOGI, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

PAUL BARTHOLOMEW GREEN, an attorney admitted to practice before this Court, affirms the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a member of the firm of Jones Day, counsel for defendant iYogi, Inc. ("iYogi") in this action.

2. I submit this declaration in support of iYogi's motion to dismiss plaintiff's complaint.

3. Attached hereto as Exhibit 1 is a true and correct copy of plaintiff's complaint, dated September 30, 2013

4. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Vishal Dhar, dated December 16, 2013 (with accompanying Exhibits A and B).

-2-

5.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2013
       New York, New York

_____
Paul Bartholomew Green

## DECLARATION OF SERVICE

Paul Bartholomew Green, an attorney admitted to practice before the bar of this Court, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that a true and correct copy of the accompanying Declaration of Paul Bartholomew Green in Support of iYogi, Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) will be served via the Court's ECF electronic filing system simultaneously with the filing of this declaration, and that an additional copy will be sent to the parties listed below via UPS overnight mail.

Lee A. Weiss
Berns Weiss LLP
585 Stewart Avenue, Suite L-20
Garden City, New York  11530

Rafey S. Balabanian
Benjamin H. Richman
Chandler R. Givens
David I. Mindell
Edelson LLC
350 North LaSalle, Suite 1300
Chicago, Illinois  60654

Dated: December 16, 2013
New York, New York

_____
Paul Bartholomew Green