USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
JANET BURTON, individually and on : Case No.: 1:13-cv-06926-DAB
behalf of all others similarly situated, :
:
*Plaintiff*, :
:
v. :
:
iYOGI, INC., a New York corporation, :
:
*Defendant*. :
:
---------------------------------------------------------------x

## STIPULATED REQUEST TO STAY PENDING CASE DEADLINES
## TO FACILITATE SETTLEMENT PROCEEDINGS

Plaintiff Janet Burton ("Plaintiff") and Defendant iYogi, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, subject to Court approval, to stay the litigation of this matter and all pending deadlines to facilitate the Parties' ongoing discussions regarding the potential resolution of this matter. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on September 30, 2013, Plaintiff filed her class action complaint (Dkt. 1);

WHEREAS, on August 28, 2014, Defendant iYogi and Plaintiff's counsel convened a private mediation before The Honorable Morton Denlow (ret.) of JAMS in Chicago, Illinois, in a related matter captioned *Estrada, et al. v. iYogi, Inc.*, No. 13-cv-01989 (E.D. Cal.) (the "*Estrada* matter");

WHEREAS, following the mediation, the Parties have been actively engaged in ongoing settlement discussions with the assistance of Judge Denlow regarding a potential global

resolution of both the *Estrada* matter and this case, including exchanging additional information relevant to evaluating any potential resolution;

WHEREAS, in an effort to reduce their and the Court's expenditure of time and other resources, and to allow them to instead focus their efforts on the potential settlement of this case, the Parties have conferred and agreed, subject to the Court's approval, to stay all litigation and pending case deadlines;

WHEREAS, the Parties further propose that they submit a joint report to the Court on the status of their settlement discussions no later than January 8, 2014, at which time they will inform the Court whether a settlement has been reached, whether additional time is needed to complete their discussions, or if not, propose a revised schedule of case deadlines so as to proceed with the litigation;

WHEREAS, based on the foregoing, good cause exists to grant the stay of this matter, and the Parties do not seek the relief requested herein for any improper purpose.

**NOW THEREFORE,** the Parties hereby stipulate and agree, subject to Court approval, that this matter and all pending case deadlines are hereby stayed and that the Parties will submit a joint report on the status of their settlement discussions to the Court no later than January 8, 2014. [handwritten: 5. DAB 12/11/14]

                                            Respectfully submitted,

                                            **JANET BURTON**, individually and on behalf of all others similarly situated,

Dated: December 8, 2014           By: /s/ Benjamin H. Richman
                                                      One of Plaintiff's Attorneys

|  |  |
|---|---|
|  | Rafey S. Balabanian (Admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com<br>Benjamin H. Richman (Admitted *Pro Hac Vice*)<br>brichman@edelson.com<br>Chandler R. Givens (Admitted *Pro Hac Vice*)<br>cgivens@edelson.com<br>David I. Mindell (Admitted *Pro Hac Vice*)<br>dmindell@edelson.com<br>EDELSON PC<br>350 North LaSalle, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>Lee A. Weiss<br>lweiss@bernsweiss.com<br>BERNS WEISS LLP<br>585 Stewart Avenue, Suite L-20<br>Garden City, New York 11530<br>Tel: 516.501.9640<br>Fax: 818.999.1500<br><br>**iYOGI, INC.,** |
| Dated: December 8, 2014 | By: /s/ Jayant W. Tambe<br>          One of Defendant's Attorneys<br><br>Jayant W. Tambe<br>jtambe@jonesday.com<br>Thomas E. Lynch<br>telynch@jonesday.com<br>Paul Bartholomew Green<br>bartgreen@jonesday.com<br>JONES DAY<br>222 East 41st Street<br>New York, New York 10017<br>Tel: 212.326.3939<br>Fax: 212.755.7306 |

<u>[PROPOSED] ORDER</u>

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

This matter and all pending case deadlines are hereby stayed. The Parties shall submit a joint report on the status of their settlement discussions to the Court no later than January 8, 201~~4~~. 5. DAB 12/11/14

**IT IS SO ORDERED.**

Dated: 12/11, 2014

HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE