IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
JANET BURTON, individually and on : Case No.: 1:13-cv-06926-DAB
behalf of all others similarly situated, :
:
*Plaintiff*, :
:
*v.* :
:
iYOGI, INC., a New York corporation, :
:
*Defendant*. :
:
---------------------------------------------------------------x

**PARTIES' JOINT STATUS REPORT**

Pursuant to the Court's December 11, 2014 Order (dkt. 28), the Parties submit the instant Joint Report to update the Court regarding the status of their settlement discussions. Counsel for the Parties previously conducted a mediation in August 2014 with the Honorable Morton Denlow (ret.) of JAMS in another case, and the Parties have had multiple subsequent communications with the assistance of Judge Denlow regarding possible settlement terms, including exchanges of additional information and a draft settlement agreement earlier this week. Given the fact that there are multiple actions currently pending and the Parties are discussing a global settlement of those actions, it is possible that a settlement will require the dismissal and re-filing of a consolidated action for purposes of a settlement. But the Parties will, of course, inform the Court if that occurs and will otherwise promptly advise the Court if a settlement is reached.

In light of their ongoing discussions and in order to focus their efforts on determining whether a settlement of this matter can be reached, the Parties respectfully propose that the Court

1

continue the current stay of this case until January 29, 2015, at which time the Parties will file an updated status report regarding their discussions.

                              Respectfully submitted,

                              **JANET BURTON**, individually and on behalf of all others similarly situated,

Dated: January 8, 2015                By: /s/ Benjamin H. Richman
                                          One of Plaintiff's Attorneys

                              Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
David I. Mindell (Admitted *Pro Hac Vice*)
dmindell@edelson.com
EDELSON PC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Lee A. Weiss
lweiss@bernsweiss.com
BERNS WEISS LLP
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel: 516.501.9640
Fax: 818.999.1500

                              **iYOGI, INC.**,

Dated: January 8, 2015                By: /s/ Jayant W. Tambe
                                          One of Defendant's Attorneys

                              Jayant W. Tambe
jtambe@jonesday.com
Thomas E. Lynch
telynch@jonesday.com
Paul Bartholomew Green
bartgreen@jonesday.com
JONES DAY

222 East 41st Street  
New York, New York 10017  
Tel: 212.326.3939  
Fax: 212.755.7306

Case 1:13-cv-06926-DAB   Document 29   Filed 01/08/15   Page 3 of 3