```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
JANET BURTON, individually and on
behalf of all others similarly
situated,

                Plaintiff,

            v.                                 13-CV-6926(DAB)
                                               ORDER
iYOGI, INC., a New York Corporation.

                Defendant.
--------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

On December 11, 2014, this Court granted Parties' request for a Stay pending settlement discussions in the above-captioned matter. The Court is in receipt of Parties' Joint Status Report, dated January 8, 2015, and the Parties' request for additional time to continue settlement discussions. The Parties' request is granted. The Parties shall submit a Joint Status Report by February 6, 2015.

    SO ORDERED.

    Dated:    New York, New York
              January 12, 2015

*[signature: Deborah A. Batts]*
Deborah A. Batts
United States District Judge