IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JANET BURTON, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

iYOGI, INC., a New York corporation,

    *Defendant*.

Case No.: 1:13-cv-06926-DAB

---

**PARTIES' SECOND JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's January 12, 2015 Order (dkt. 30), the Parties submit the instant Joint Report to update the Court regarding the status of their settlement discussions and state as follows:

Since the filing of their January 8th Joint Report (dkt. 29), the Parties have exchanged revisions to a draft global settlement agreement of the actions currently pending against iYogi, and have had additional written and oral communications regarding the same. iYogi has committed to providing certain additional revisions to the draft agreement to Plaintiff's counsel no later than this week. From there, the Parties anticipate that they will have an agreement on most of the key terms of a settlement by the end of next week—subject to their execution of a written settlement agreement.

In light of the foregoing, the Parties respectfully request that the Court continue the stay of this matter for approximately thirty (30) days, through and including March 5, 2015, which they believe will be sufficient time to finalize their settlement.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **JANET BURTON**, individually and on behalf of all others similarly situated, |
| Dated: February 6, 2015 | By: /s/ Benjamin H. Richman<br>   One of Plaintiff's Attorneys |

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (Admitted *Pro Hac Vice*)
brichman@edelson.com
Chandler R. Givens (Admitted *Pro Hac Vice*)
cgivens@edelson.com
David I. Mindell (Admitted *Pro Hac Vice*)
dmindell@edelson.com
EDELSON PC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Lee A. Weiss
lweiss@bernsweiss.com
BERNS WEISS LLP
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel: 516.501.9640
Fax: 818.999.1500

**iYOGI, INC.**,

|  |  |
|---|---|
| Dated: February 6, 2015 | By: /s/ Jayant W. Tambe<br>   One of Defendant's Attorneys |

Jayant W. Tambe
jtambe@jonesday.com
Thomas E. Lynch
telynch@jonesday.com
Paul Bartholomew Green
bartgreen@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306

2