Jayant W. Tambe
Thomas E. Lynch
Paul Bartholomew Green
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939

*Attorneys for Defendant iYogi, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANET BURTON, individually and on behalf of all other similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>IYOGI, INC.,<br><br>     Defendant. | No. 13-CV-06926 (DAB)<br><br>**ECF Case** |

**JOINT STATUS REPORT**

    Pursuant to the Court's February 17, 2015 Order Granting Parties' Second Joint Status Report [Docket No. 32], the parties hereby advise the Court that they have been unable to reach a settlement in this matter despite a formal mediation and follow-up communications between the parties. Accordingly, the parties jointly request that the stay in this case be lifted and that a ruling on the pending motion to dismiss be issued at the Court's convenience.

Dated: March 13, 2015

Respectfully submitted,

*/s/ Paul Bartholomew Green*
Jayant W. Tambe
Thomas E. Lynch
Paul Bartholomew Green
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939

*Attorneys for Defendant iYogi, Inc.*

Dated: March 13, 2015

Respectfully submitted,

*/s/ Benjamin H. Richman*
Rafey S. Balabanian (Admitted Pro Hac Vice)
Benjamin H. Richman (Admitted Pro Hac Vice)
Chandler R. Givens (Admitted Pro Hac Vice)
David I. Mindell (Admitted Pro Hac Vice)
EDELSON PC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

Lee A. Weiss
BERNS WEISS LLP
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel: (516)501-9640

*Attorneys for Janet Burton, individually and on behalf of all others similarly situated*

-3-

## DECLARATION OF SERVICE

     Paul Bartholomew Green, an attorney admitted to practice before the bar of this Court, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that a true and correct copy of the accompanying Joint Status Report will be served via the Court's ECF electronic filing system simultaneously with the filing of this declaration, and that an additional copy will be sent to the parties listed below via first-class mail.

        Lee A. Weiss
        Berns Weiss LLP
        585 Stewart Avenue, Suite L-20
        Garden City, New York  11530

        Rafey S. Balabanian
        Benjamin H. Richman
        Chandler R. Givens
        David I. Mindell
        Edelson LLC
        350 North LaSalle, Suite 1300
        Chicago, Illinois  60654

Dated:  March 13, 2015
       Irvine, California                           */s/ Paul Bartholomew Green*
                                                   Paul Bartholomew Green