## JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/15

DIRECT NUMBER: (949) 553-7585
BARTGREEN@JONESDAY.COM

April 14, 2015

VIA ECF AND MAIL

Honorable Deborah A. Batts
United States District Court for
  the Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
APR 15 2015
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re:   *Burton v. iYogi, Inc.*, Case No. 13-CV-06926 (DAB) (S.D.N.Y.)

Dear Judge Batts:

**MEMO ENDORSED**

We represent defendant iYogi, Inc. ("iYogi") in the above-referenced action and write
to request a fourteen-day extension of time, from April 15, 2015 to and including April 29, 2015,
for iYogi to file its answer to plaintiff's amended complaint.

*granted*
*DAB*
*4/15/15*

We are mindful of Your Honor's Individual Practice Rule I.E regarding requests for
extensions of time. Nonetheless, the parties have reengaged in settlement discussions, and
iYogi respectfully requests the additional time to assist that process.

iYogi twice before requested extensions of time to move to dismiss the complaint, but
this letter is iYogi's first request for an extension of its time to answer the amended complaint
since Your Honor's March 16, 2015 Order denying iYogi's motion to dismiss the amended
complaint.

We have consulted with Plaintiff's counsel, and they do not object to iYogi's request.

Very truly yours,

/s/ *Paul Bartholomew Green*

Paul Bartholomew Green

cc:   Counsel of record (via email and ECF)

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

4/15/15

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON