# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK  10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number:  (949) 553-7585
bartgreen@JonesDay.com

July 9, 2015

VIA ECF AND UPS

Honorable Deborah A. Batts
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:     *Burton v. iYogi, Inc.*, Case No. 13-CV-06926 (DAB) (S.D.N.Y.)

Dear Judge Batts:

     The parties are jointly writing to report to the Court that the parties have reached a settlement agreement in principal.  The parties are in the process of documenting the settlement and obtaining written confirmation of approval and documentation relevant to the settlement.  In order to minimize unnecessary expenses, the parties jointly respectfully request that the upcoming status conference be vacated and that all case deadlines be stayed.  The parties propose that they report back to the Court within seven days of the date of this letter.

     Respectfully submitted,

     */s/ Paul Bartholomew Green*
Jayant W. Tambe
Thomas E. Lynch
Paul Bartholomew Green
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939

*Attorneys for Defendant iYogi, Inc.*

JONES DAY

Honorable Deborah A. Batts
July 9, 2015
Page 2

                                      */s/ Benjamin H. Richman* (with permission)
                                      Rafey S. Balabanian (Admitted Pro Hac Vice)
                                      Benjamin H. Richman (Admitted Pro Hac Vice)
                                      Chandler R. Givens (Admitted Pro Hac Vice)
                                      David I. Mindell (Admitted Pro Hac Vice)
                                      EDELSON PC
                                      350 North LaSalle, Suite 1300
                                      Chicago, Illinois 60654
                                      Telephone: (312) 589-6370

                                      Lee A. Weiss
                                      BERNS WEISS LLP
                                      585 Stewart Avenue, Suite L-20
                                      Garden City, New York 11530
                                      Tel: (516)501-9640

                                      *Attorneys for Janet Burton, individually and*
                                      *on behalf of all others similarly situated*

cc:      Counsel of record (via ECF)