## JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017.6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (949) 553-7585
bartgreen@JonesDay.com

July 20, 2015

VIA ECF AND UPS

Honorable Deborah A. Batts
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Burton v. iYogi, Inc.*, Case No. 13-CV-06926 (DAB) (S.D.N.Y.)

Dear Judge Batts:

In accordance with the Court's July 13, 2015 Order, the parties are jointly writing to report to the Court that that they are in the process of documenting their settlement in principle. Defendant has received certain necessary approvals for the settlement, and the parties have exchanged advanced settlement agreement drafts and are preparing related documents. The parties propose that they report back to the Court within seven days of the date of this letter.

Respectfully submitted,

*/s/ Paul Bartholomew Green*
Jayant W. Tambe
Thomas E. Lynch
Paul Bartholomew Green
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939

*Attorneys for Defendant iYogi, Inc.*

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Honorable Deborah A. Batts
July 20, 2015
Page 2

*/s/ Benjamin H. Richman* (with permission)
Rafey S. Balabanian (Admitted Pro Hac Vice)
Benjamin H. Richman (Admitted Pro Hac Vice)
Chandler R. Givens (Admitted Pro Hac Vice)
David I. Mindell (Admitted Pro Hac Vice)
EDELSON PC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370

Lee A. Weiss
BERNS WEISS LLP
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel: (516)501-9640

*Attorneys for Janet Burton, individually and*
*on behalf of all others similarly situated*

cc:      Counsel of record (via ECF)