# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

DIRECT NUMBER: (949) 553-7585
BARTGREEN@JONESDAY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/15

July 20, 2015

RECEIVED
JUL 21 2015
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

COPY

**VIA ECF AND UPS**

Honorable Deborah A. Batts
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Burton v. iYogi, Inc.*, Case No. 13-CV-06926 (DAB) (S.D.N.Y.)

Dear Judge Batts:

MEMO ENDORSED

In accordance with the Court's July 13, 2015 Order, the parties submit this writing to
report to the Court that that they are in the process of documenting their settlement in principle.
Defendant has received certain necessary approvals for the settlement, and the parties have
exchanged advanced settlement agreement drafts and are preparing related documents. The
parties propose that they report back to the Court within seven days of the date of this letter.

Respectfully submitted,

/s/ Paul Bartholomew Green

Jayant W. Tambe
Thomas E. Lynch
Paul Bartholomew Green
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939

*Attorneys for Defendant iYogi, Inc.*

Parties to provide status
update by 8/7/15.

SO ORDERED

Deborah A. Batts

7/23/15   DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON