IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

JANET BURTON, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

iYOGI, INC., a New York corporation,

    *Defendant*.

Case No.: 1:13-cv-06926-DAB

---

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Janet Burton ("Burton") and Defendant iYogi, Inc., by and through their undersigned counsel, hereby stipulate and agree to the dismissal *with prejudice* of Burton's individual claims and *without prejudice* as to the claims of the putative class in this matter, each party to bear its own costs and attorneys' fees unless otherwise mutually agreed by the parties.

IT IS SO STIPULATED.

        Respectfully submitted,

        **JANET BURTON**, individually and on behalf of all others similarly situated,

Dated: August 7, 2015    By: /s/ Benjamin H. Richman
        One of Plaintiff's Attorneys

        Rafey S. Balabanian (Admitted *Pro Hac Vice*)
        rbalabanian@edelson.com
        Benjamin H. Richman (Admitted *Pro Hac Vice*)
        brichman@edelson.com
        David I. Mindell (Admitted *Pro Hac Vice*)
        dmindell@edelson.com

EDELSON PC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Lee A. Weiss
lweiss@bernsweiss.com
BERNS WEISS LLP
585 Stewart Avenue, Suite L-20
Garden City, New York 11530
Tel: 516.501.9640
Fax: 818.999.1500

**iYOGI, INC.**,

Dated: August 7, 2015

By: /s/ Thomas E. Lynch
      One of Defendant's Attorneys

Jayant W. Tambe
jtambe@jonesday.com
Thomas E. Lynch
telynch@jonesday.com
Paul Bartholomew Green
bartgreen@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
Tel: 212.326.3939
Fax: 212.755.7306